**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

vs.                                                          Case No: 5:04cr26/MCR
                                                                                   5:06cv176/MCR/MD

PAUL LAVANE HUNTER
_____/

**O R D E R**

       The defendant has filed a petition for certificate of appealability (doc. 97-98) seeking to appeal the court's denial of his motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's April 24, 2007 order (doc. 95) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on March 9, 2007 (doc. 91), his request for a certificate of appealability is DENIED.  Defendant's motion for leave to proceed *in forma pauperis* (doc. 99) should also be denied, as this appeal is not taken in good faith and defendant is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3).  Defendant shall pay the $455.00 filing fee within thirty days.

       **DONE AND ORDERED** this 11th day of May, 2007.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**