UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.   Case Nos.:   5:04cr26/MCR
                 5:14cv74/MCR/EMT

PAUL LAVANE HUNTER
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 14, 2014.  (Doc. 114).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.   The motion to vacate, set aside, or correct sentence (doc. 112) is **SUMMARILY DISMISSED**, as this court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit.

3.   A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 31st day of March, 2014.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**